UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| DEREKE A. SILVERS | ) | |
| | ) | |
| v. | ) | 1:08-cv-284 |
| | ) | *Chief Judge Curtis L. Collier* |
| UNITED STATES OF AMERICA | ) | |

## MEMORANDUM

Petitioner Dereke A. Silvers ("Silvers") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Court File No. 1). On December 10, 2008, Silvers was given thirty (30) days to provide the Court with the $5.00 filing fee or submit an *in forma pauperis* application. Petitioner was notified that failure to comply with the Court's order would result in the case being dismissed for want of prosecution.

Silvers has failed to pay the $5.00 filing fee or submit an *in forma pauperis* application. Therefore, this action will be **DISMISSED** *sua sponte,* for failure to prosecute and comply with the orders of this Court. FED. R. CIV. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**